# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-392

_____

MARIA ISABEL GIRALDO and
JUAN GONZALO VILLA, as Co-
Personal Representatives of
the Estate of JUAN L. VILLA,

    Appellants,

    v.

AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Appellee.

_____

On appeal from a final order of the Division of Administrative
Hearings.
Elizabeth W. McArthur, Administrative Law Judge.

October 18, 2018


ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

The Florida Supreme Court has directed us to remand this
case to the administrative law judge with direction "to reduce
AHCA's lien amount in this case to $13,881.79." *Giraldo v.
AHCA*, 248 So. 3d 53, 56 (Fla. 2018). We hereby do so.

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Floyd Faglie of Staunton & Faglie, PL, Monticello; Celene H.
Humphries and Maegen Peek Luka of Brannock & Humphries,
Tampa, for Appellants.

Pamela Jo Bondi, Attorney General; Elizabeth Teegen, Assistant
Attorney General, Tallahassee; and Alexander R. Boler,
Tallahassee, for Appellee.